IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02960-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

LISA McDERMOTT,
CARL MIEDICH, and
BUREAU OF PRISONS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, initiated this action by filing a Civil Complaint. In an order entered on October 31, 2013, Magistrate Judge Boyd N. Boland directed Mr. Young to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Young to file his claims on a Court-approved form that is used in filing prisoner complaints. Magistrate Judge Boland also directed Mr. Young either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certified copy of his trust fund statement for the six-month period immediately preceding the initiation of this action.

    Mr. Young filed an Amended Complaint on November 25, 2013, but he failed to submit his claims on a proper Court-approved form and to provide a 28 U.S.C. § Motion and Affidavit and a certified trust found statement. The Court will dismiss the action

because Mr. Young has failed to cure all the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Young files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  12th  day of   December  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court